

**U.S. Department of Justice**
Civil Division
950 Pennsylvania Ave., N.W., Room 7261
Washington, D.C. 20530-0001

Tel: (202) 353-9018

VIA CM/ECF

October 7, 2022

Michael E. Gans, Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO 63102

    Re:   *Christian Employers Alliance v. EEOC*, No. 22-3018

Dear Mr. Gans:

    Defendants hereby verify that the transcript in this case has been ordered and that appropriate arrangements have been made for payment.

    Respectfully submitted,

    *s/ Ashley A. Cheung*
    Ashley A. Cheung
    *Attorney, Appellate Staff*
    *Civil Division, Room 7261*
    *U.S. Department of Justice*
    *950 Pennsylvania Avenue NW*
    *Washington, DC 20530*
    *(202) 353-9018*

cc:    all counsel (via CM/ECF)

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2022, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/ Ashley A. Cheung*
ASHLEY A. CHEUNG