# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

CHRISTIAN EMPLOYERS
ALIANCE,
        Plaintiff-Appellee,

v.

EEOC, et al.,
        Defendants-Appellants.

No. 22-3018

## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b), defendants hereby move to dismiss the appeal in the above-captioned matter, with each party to bear its own costs. Counsel for plaintiff has authorized us to state that plaintiff does not oppose this motion.

Respectfully submitted,

BRIAN M. BOYNTON
   *Principle Deputy Assistant Attorney General*

MAC SCHNEIDER
   *United States Attorney*

CHARLES W. SCARBOROUGH
ASHLEY C. HONOLD
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7261*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue, NW*
   *Washington, DC 20530*
   *(202) 353-9018*

July 2023

# CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Federal Rule of Appellate Procedure 27(d)(2).  This motion contains 47 words.  This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in Garamond 14-point font, a proportionally spaced typeface.

*s/ Ashley C. Honold*
ASHLEY C. Honold

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2023, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

                                            s/ *Ashley C. Honold*
                                            ASHLEY C. HONOLD